# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1265.  AQUONDA CEPHAS v. CHARLES CEPHAS, JR.**

The parties were divorced pursuant to a final judgment and decree entered on November 14, 2018. The wife Aquonda Cephas filed the instant direct appeal on December 17, 2018. We, however, lack jurisdiction.

First, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Because the wife filed a notice of appeal 33 days after entry of the final judgment, this appeal is untimely.

Second, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which custody is not at issue must be brought by discretionary application). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). The wife's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal.

For the foregoing reasons, the wife's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  02/05/2019
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*